# Court of Appeals
# of the State of Georgia

ATLANTA,   July 21, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2128.  CARL THOMPSON v. THE STATE.**

Carl Thompson was convicted of felony murder and other crimes, and the Supreme Court affirmed his convictions on appeal.  *Thompson v. State*, 286 Ga. 889 (692 SE2d 379) (2010).  Thompson later filed an extraordinary motion for new trial, which the trial court denied.  He then appealed directly to this Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.[1]

---

[1] We note that Thompson also filed an unsuccessful application for discretionary appeal in the Supreme Court seeking review of the same trial court order he appeals here.  See S15D1246, denied May 26, 2015.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __07/21/2015__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*